IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                            )
                                                  )
KAMIE V HARRIS,                                   )        Case No. 19-10001 REN
                                                  )        Chapter 7
                         Debtor.                  )
                                                  )

**TRUSTEE'S MOTION FOR TURNOVER**

COMES NOW the Trustee and for his Motion, states:

1. The debtor has previously provided documents which show that as of the bankruptcy, January 2, the debtor had on hand in her Fidelity bank account $4,289.22. These funds are property of the estate.

2. The trustee requests turnover of $4,289.22 from the debtor.

WHEREFORE, the trustee requests an order directing turnover of the same.

                                              KLENDA AUSTERMAN LLC
                                              301 North Main, Suite 1600
                                              Wichita, Kansas 67202
                                              (316) 267-0331
                                              jmmorris@klendalaw.com

                                              By:_____s/J. Michael Morris_____
                                                    J. Michael Morris #9292
                                                   Attorney for Trustee

26F8601