**Form ntcrevk1** (Revised 03/27/2014)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19–10001 Chapter: 7

In re: (Name of Debtor)

Kamie V Harris
1258 N Terrace Dr
Wichita, KS 67208

SSN: xxx–xx–1654

| **Entered By The Court** **7/8/20** | NOTICE OF ORDER REVOKING DISCHARGE OF DEBTOR ONLY | **Filed By The Court** **7/8/20** **David D. Zimmerman** **Clerk of Court** **US Bankruptcy Court** |

Pursuant to Fed. R. Bankr.P.4006, you are hereby notified that an Order Revoking Discharge was filed for Debtor Kamie V Harris only on June 18, 2020 as document number 8 in an adversary proceeding captioned J Michael Morris, Trustee v. Kamie V. Harris, 20–5071. A copy of that order may be obtained from the public records of the Bankruptcy Court.

Document 85

s/ David D. Zimmerman
Clerk of Court
US Bankruptcy Court