UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

In Re: §
§
KAMIE V HARRIS § Case No. 19-10001
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/02/2019. The undersigned trustee was appointed on 01/02/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 4,289.22

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 4,269.22 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/27/2019 and the deadline for filing governmental claims was 06/27/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,072.31. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,072.31, for a total compensation of $1,072.31[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $119.16, for total expenses of $119.16[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2020        By: /s/J. MICHAEL MORRIS, TRUSTEE
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-10001 | REN | Judge: | Robert E. Nugent | Trustee Name: | J. MICHAEL MORRIS, TRUSTEE |
| Case Name: | KAMIE V HARRIS | | | | Date Filed (f) or Converted (c): | 01/02/2019 (f) |
| | | | | | 341(a) Meeting Date: | 01/29/2019 |
| For Period Ending: | 12/29/2020 | | | | Claims Bar Date: | 06/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 Chrysler Sebring Approx Mileage 141,000 | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 30.00 | 0.00 | | 0.00 | FA |
| 4. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5. Fidelity Bank | 48.93 | 4,289.22 | | 4,289.22 | FA |
| 6. Earned Income Tax Credits | Unknown | 0.00 | | 0.00 | FA |
| 7. Interests in Insurance Policies | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. NONEXEMPT WAGES (u) | 446.39 | 446.39 | | 0.00 | FA |
| 9. 2018 TAX REFUNDS (u) | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 10. SANCTIONS (u) | 500.00 | 500.00 | | 0.00 | FA |
| 11. SANCTIONS (u) | 300.00 | 300.00 | | 0.00 | FA |
| 12. Costs (u) | 350.00 | 350.00 | | 0.00 | FA |
| 13. SANCTIONS (u) | 500.00 | 500.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $15,875.32    $7,885.61    $4,289.22    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SENT TO UST ON 11/11/2020.

Initial Projected Date of Final Report (TFR): 12/30/2019    Current Projected Date of Final Report (TFR): 09/30/2020

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Case 19-10001    Doc# 89    Filed 01/07/21    Page 3 of 10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10001  
Case Name: KAMIE V HARRIS  
Taxpayer ID No: XX-XXX4728  
For Period Ending: 12/29/2020  

Trustee Name: J. MICHAEL MORRIS, TRUSTEE  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0488  
Checking Account  
Blanket Bond (per case limit): $23,148,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/19 | 5 | HARRIS, KAMIE V | FUNDS ON HAND | 1129-000 | $1,718.61 | | $1,718.61 |
| 06/28/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,708.61 |
| 07/09/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,698.61 |
| 07/11/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | $1,698.61 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,718.61 | $1,718.61 |
| Less: Bank Transfers/CD's | $0.00 | $1,698.61 |
| Subtotal | $1,718.61 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,718.61 | $20.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-10001  
Case Name: KAMIE V HARRIS  
Taxpayer ID No: XX-XXX4728  
For Period Ending: 12/29/2020  

Trustee Name: J. MICHAEL MORRIS, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1014  
Checking Account  
Blanket Bond (per case limit): $23,148,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/19 |  | Trsf In From BOK Financial | INITIAL WIRE TRANSFER IN | 9999-000 | $1,698.61 |  | $1,698.61 |
| 07/12/19 | 5 | HARRIS, KAMIE V | FUNDS ON HAND | 1129-000 | $472.91 |  | $2,171.52 |
| 07/17/19 | 5 | HARRIS, KAMIE V | FUNDS ON HAND | 1129-000 | $659.31 |  | $2,830.83 |
| 07/17/19 | 5 | HARRIS, KAMIE V | FUNDS ON HAND | 1129-000 | $625.58 |  | $3,456.41 |
| 07/25/19 | 5 | HARRIS, KAMIE V | FUNDS ON HAND | 1129-000 | $266.58 |  | $3,722.99 |
| 08/07/19 | 5 | Kamie V Harris | FUNDS ON HAND | 1129-000 | $497.40 |  | $4,220.39 |
| 08/19/19 | 5 | Ketch<br>1006 East Waterman, Wichita, Kansas 67211 | FUNDS ON HAND | 1229-000 | $48.83 |  | $4,269.22 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,269.22 | $0.00 |
| Less: Bank Transfers/CD's | $1,698.61 | $0.00 |
| Subtotal | $2,570.61 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,570.61 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0488 - Checking Account | $1,718.61 | $20.00 | $0.00 |
| XXXXXX1014 - Checking Account | $2,570.61 | $0.00 | $4,269.22 |
| | $4,289.22 | $20.00 | $4,269.22 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,289.22 |
| Total Gross Receipts: | $4,289.22 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 6:19-10001-REN  Date: December 29, 2020
Debtor Name: KAMIE V HARRIS
Claims Bar Date: 6/27/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | J. MICHAEL MORRIS 301 NORTH MAIN SUITE 1600, WICHITA, KS 67202 | Administrative | | $0.00 | $1,072.31 | $1,072.31 |
| 100 2200 | J. MICHAEL MORRIS 301 NORTH MAIN SUITE 1600, WICHITA, KS 67202 | Administrative | | $0.00 | $119.16 | $119.16 |
| 100 2700 | U. S. BANKRUPTCY COURT 401 N. MARKET, ROOM 167 WICHITA, KS 67202 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3110 | J. MICHAEL MORRIS 301 NORTH MAIN SUITE 1600, WICHITA, KS 67202 | Administrative | | $0.00 | $735.00 | $735.00 |
| 1 280 5800 | Department Of The Treasury Internal Revenue Service Kansas City, Mo 64999-0149 | Priority | | $0.00 | $1,811.27 | $1,811.27 |
| 2 300 7100 | Citibank, N.A. 701 East 60Th Street North Sioux Falls, Sd 57117 | Unsecured | | $0.00 | $444.25 | $444.25 |
| 1 380 7400 | Department Of The Treasury Internal Revenue Service Kansas City, Mo 64999-0149 | Unsecured | | $0.00 | $44.92 | $44.92 |
| | Case Totals | | | $0.00 | $4,576.91 | $4,576.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-10001
Case Name: KAMIE V HARRIS
Trustee Name: J. MICHAEL MORRIS, TRUSTEE

Balance on hand $ 4,269.22

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: J. MICHAEL MORRIS | $ 1,072.31 | $ 0.00 | $ 1,072.31 |
| Trustee Expenses: J. MICHAEL MORRIS | $ 119.16 | $ 0.00 | $ 119.16 |
| Attorney for Trustee Fees: J. MICHAEL MORRIS | $ 735.00 | $ 0.00 | $ 735.00 |
| Charges: U. S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses $ 2,276.47
Remaining Balance $ 1,992.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,811.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Of The Treasury | $ 1,811.27 | $ 0.00 | $ 1,811.27 |
| | Total to be paid to priority creditors | | | $ 1,811.27 |
| | Remaining Balance | | | $ 181.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $444.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Citibank, N.A. | $ 444.25 | $ 0.00 | $ 181.48 |
| | Total to be paid to timely general unsecured creditors | | | $ 181.48 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $44.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Of The Treasury | $ 44.92 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |