Form fnldec (Revised 08/01/2018)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19–10001                                 Chapter: 7

In re:

Kamie V Harris
1258 N Terrace Dr
Wichita, KS 67208

SSN: xxx–xx–1654

| | |
|---|---|
| **FINAL DECREE** | **Filed And Entered By The Court**<br>**4/1/21**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. J Michael Morris is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 94

s/ Mitchell L. Herren
United States Bankruptcy Judge